Derek A. Newman, State Bar No. 190467
*dn@newmanlaw.com*
NEWMAN DU WORS LLP
100 Wilshire Boulevard, Suite 940
Santa Monica, CA 90401
Telephone:  (310) 359-8200
Facsimile:   (310) 359-8190

Derek Linke, *pro hac vice* to be filed
*linke@newmanlaw.com*
NEWMAN DU WORS LLP
1201 Third Avenue, Suite 1600
Seattle, WA 98101
Telephone:  (206) 274-2800
Facsimile:   (206) 274-2801

Attorneys for Plaintiff
Luxe Link, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| LUXE LINK, LLC, a California limited liability company, | Case No. 14-cv-08024 |
| Plaintiff, | **COMPLAINT FOR PATENT INFRINGEMENT** |
| v. | **DEMAND FOR JURY TRIAL** |
| ALEXX, INC., a California corporation, and | |
| SANDRA STEIN, an individual, | |
| Defendants. | |

Plaintiff Luxe Link, LLC, a California limited liability company, alleges for its complaint against Defendants Alexx, Inc., a California corporation, and Sandra Stein, an individual, on personal information as to Luxe Link's own activities, and upon information and belief as to the activities of others, as follows:

## I.    Nature of the Case

1.    Luxe Link owns a patent for a popular style of purse hanger, which Luxe Link also sells.

2.    Alexx sells and has sold purse hangers that infringe Luxe Link's patent through its network of resellers throughout the United States.

3.    Years before Luxe Link's patent issued, Alexx's founder and president, Stein, contacted Luxe Link and requested information about Luxe Link's products and pending patent application.

4.    Later, Stein personally reviewed and declined Luxe Link's patent license proposal.

5.    Before Luxe Link's patent issued in 2011, Luxe Link contacted Alexx and certain Alexx resellers multiple times to propose that they take a license for Alexx's purse hangers.

6.    Finally, after Luxe Link's patent issued in November 2011, Alexx removed information about the infringing purse hangers from Alexx's website. It did so to create the appearance that Alexx had stopped distributing infringing purse hangers to its resellers.

7.    But Luxe Link recently discovered that Alexx's resellers continue to sell Alexx infringing purse hangers.

8.    Defendants have never articulated a noninfringement or invalidity position. Instead, they have sought to conceal Alexx's infringement.

9.    Luxe Link believes that Alexx and Stein are indifferent to Luxe Link's intellectual property rights. Alexx has sold millions of units of its own products and

COMPLAINT FOR PATENT INFRINGEMENT

filed numerous patent-infringement lawsuits to enforce its own patents. But Alexx and Stein are unwilling to consider the harm their infringement has caused to Luxe Link's much smaller business.

10.   Luxe Link brings this action to collect from Alexx and Stein its actual damages, plus treble damages, attorney fees, and costs as allowed.

## II.   Jurisdiction and Venue

11.   This Court has original subject-matter jurisdiction over this action under 28 U.S.C. §§ 1331 and 1338(a) because Luxe Link's claims arise under the patent laws of the United States, Title 35 of the United States Code.

12.   This Court has personal jurisdiction over defendants Alexx and Stein because they regularly conduct business in this judicial district and have committed multiple acts of patent infringement in this judicial district including importing, selling, and offering to sell infringing products in this judicial district.

13.   This Court has personal jurisdiction over defendant Alexx because Alexx has ongoing and systematic contacts with this judicial district, including that Alexx's principal place of business is in this judicial district.

14.   This Court has personal jurisdiction over defendant Stein because Stein has ongoing and systematic contacts with this judicial district, including that Stein resides in this judicial district.

15.   Venue is proper in the United States District Court for the Central District of California under 28 U.S.C. §§ 1391(b), (c) and 1400(b) because this is the judicial district in which defendants Alexx and Stein reside and because this is the judicial district in which a substantial part of the infringing activities giving rise to Luxe Link's claims occurred.

COMPLAINT FOR PATENT INFRINGEMENT

### III.    Parties

16.    Plaintiff Luxe Link, LLC is a California limited liability company with its principal place of business in Santa Monica, California.

17.    Luxe Link is the owner of U.S. Patent No. 8,061,669 (the '669 Patent), entitled "Portable Hanger", issued on November 22, 2011. A copy of the '669 Patent is attached as Exhibit A.

18.    Luxe Link is the owner by assignment of the entire right, title, and interest in the '669 Patent and has standing to sue for all past, present, and future infringement of the '669 Patent.

19.    Defendant Alexx, Inc. is a California corporation with its headquarters and principal business address at 6520 Platt Avenue #633, West Hills, California 91307.

20.    Defendant Sandra Stein is a California citizen who resides in this judicial district. Stein is the founder and president of Alexx, Inc.

21.    Defendants transact business and have provided to customers in this judicial district and throughout the State of California products and/or services that infringe and/or induce infringement of one or more claims of the '669 Patent.

22.    Plaintiff is informed and believe and thereupon alleges that at all times relevant hereto each of the Defendants acted in concert with each other, was the agent, affiliate, officer, director, manager, principal, alter-ego, co-conspirator, aider and abettor, and/or employee of the other defendant and was at all times acting within the scope of such agency, affiliation, alter-ego relationship and/or employment; and actively participated in or subsequently ratified and adopted, or both, each and all of the acts or conducts alleged, with full knowledge of all the facts and circumstances, including without limitation to full knowledge of each and every wrongful conduct and Plaintiff's damages caused therefrom.

# IV.    Factual Background

## A.  Luxe Link's purse-hanger business and patented technology

23.   Luxe Link is a Santa Monica, California business which designs and sells premium collapsible purse hangers.

24.   Luxe Link is the market leader in premium foldable purse-hanger sales.

25.   Kalika Yap, the founder and CEO of Luxe Link, invented a portable purse hanger with links that form a hook for hanging an article (such as a purse) from a table, and which can be collapsed into a compact storage configuration.

26.   Luxe Link sells premium-quality folding purse hangers to consumers via its website at http://www.luxelink.com.

27.   Luxe Link has offered a wide range of styles, including plain purse hangers, Luxe Link's own designs, and designs authorized by The Beatles, Swarovski, Hello Kitty, and other famous brands.

28.   Since 2007, Luxe Link has sold hundreds of thousands of Luxe Link purse hangers to consumers.

29.   Luxe Link's purse hangers have received widespread publicity, including being featured on the Today Show and other national television and radio programs, and being covered in dozens of national and local newspapers and magazines.[1]

30.   Luxe Link has also engaged in significant advertising efforts to promote its products.

31.   As the result of Luxe Link's high-quality products and investment in branding and marketing, it has been able to charge a premium.

32.   Luxe Link's purse hangers have sold for a range of prices from $25 to

---

[1] A partial list of media coverage of Luxe Link's products is available on Luxe Link's website at https://luxelink.com/seen

COMPLAINT FOR PATENT INFRINGEMENT

$75 each, depending on style. But because Luxe Link's cost of goods is low, its margin on each sale is substantial. In the aggregate, Luxe Link estimates its overall margin is approximately $35 per unit.

33. Luxe Link has also sold its Luxe Link-brand purse hangers to other retailers at wholesale pricing. It has sold hundreds of thousands of units this way, also with a substantial margin.

34. On January 12, 2010, the U.S. Patent & Trademark Office confirmed the novelty of Luxe Link's purse-hanger invention when it issued Luxe Link's first patent, U.S. Patent No. 7,644,900 (the '900 patent), entitled "Portable Hanger for Purse," which resulted from U.S. Patent Application Serial No. 11/504,328 (the '328 Application), filed on August 15, 2006.

35. On November 22, 2011, the U.S. Patent & Trademark Office issued Luxe Link's '669 Patent, which resulted from a continuation application of the '328 Application, U.S. Patent Application Serial No. 12/566,574 (the '574 Application).

36. The '669 Patent discloses a portable hanger with the following key components:

    a) a base with a planar bottom made to rest on a surface, *e.g.* a table;

    b) a chain of links connected to the base that can be pivoted about a retractable connector between two configurations;

    c) a stored configuration in which the links are wrapped around the base; and

    d) an operative configuration in which the links form a hook that can be used to hang an article, *e.g.* a purse, from the surface.

COMPLAINT FOR PATENT INFRINGEMENT

1    37.  A drawing from the '669 Patent showing an embodiment of the portable

2  hanger invention in the stored configuration appears below:



*Fig. 3*

10    38.  A drawing from the '669 Patent showing an embodiment of the portable

11  hanger invention in the operative configuration appears below:



*Fig. 1*

COMPLAINT FOR PATENT INFRINGEMENT

39.    Luxe Link sells the Luxe Link purse hanger which practices the technology disclosed in the '669 Patent.

40.    A picture of the Luxe Link purse hanger in use holding a purse from a table appears below:



41.    A picture of a Luxe Link purse hanger in its stored configuration appears below:



COMPLAINT FOR PATENT INFRINGEMENT

**B.  Defendants' infringing purse-hanger sales and distribution**

42.   Alexx does business on the Internet through its website located at http://www.finderskeypurse.com and through its network of more than 1,500 sales representatives located throughout the United States.

43.   Alexx has sold millions of purse-related accessory products.

44.   One of those products is Alexx's Hang 'Em High collapsible purse hanger (the Alexx Purse Hanger).

45.   A picture of the Alexx Purse Hanger in its operative configuration hanging a purse from a table appears below:



46.   A picture of the Alexx Purse Hanger in its collapsed stored configuration appears below:



COMPLAINT FOR PATENT INFRINGEMENT

47.   The Alexx Purse Hanger practices all of the elements in claims 1–5, 8–16, 19–20 of Luxe Link's '669 Patent:

| Claim | '669 Patent | Alexx Purse Hanger |
|-------|-------------|--------------------|
| **1** | A hanger for hanging an article relative to a surface, the hanger comprising: | The Alexx Purse Hanger is a hanger for hanging an article (*e.g.* a purse) relative to a surface (*e.g.* below a table). This is illustrated and explained in the Alexx Purse Hanger product packaging:  |
| **1 (cont)** | a base having a perimeter, the base being adapted to contact the surface; | The Alexx Purse Hanger has a base with a circular perimeter and is adapted to contact the surface by being flat and rubberized. The bottom surface of the base is shown in the following image:  |

COMPLAINT FOR PATENT INFRINGEMENT

| Claim | '669 Patent | Alexx Purse Hanger |
|-------|-------------|--------------------|
| **1 (cont)** | three links that are coupled together in series to form at least a portion of a chain; and | The Alexx Purse Hanger has three links coupled together in series to form at least part of a chain. There are a total of four links in the chain. The links are shown in the following image:<br><br> |
| **1 (cont)** | a connector that rotates about an axis to move at least one of the links between | The Alexx Purse Hanger has a connector, in the form of a retractable pin. The retractable pin is shown connecting the base and the chain of links in the following image:<br><br><br><br>The retractable pin rotates so that the links move between stored and operative configurations. |

| Claim | '669 Patent | Alexx Purse Hanger |
|-------|-------------|--------------------|
| **1** (cont) | (i) a stored configuration wherein at least two of the links each abuts less than approximately 180 degrees of the perimeter of the base, and | The Alexx Purse Hanger has a stored configuration where at least two of the links each abut (*i.e.* are adjacent to) less than 180° (*i.e.* less than half) of the perimeter of the circular base. This configuration is shown in the following picture:  |
| **1** (cont) | (ii) an operative configuration wherein at least one of the links is positioned to suspend the article relative to the surface, | The Alexx Purse Hanger has an operative configuration in which the last link in the chain is positioned to suspend the article (*e.g.* a purse) relative to the surface (*e.g.* below a table). This configuration is shown in the following image:  |

| Claim | '669 Patent | Alexx Purse Hanger |
|-------|-------------|---------------------|
| **1** **(cont)** | the connector selectively moving along the axis between a retracted position and an extended position. | The Alexx Purse Hanger's retractable-pin connector moves along its axis between a retracted position and an extended position. The following images show a side-by-side comparison of the retractable-pin connector in its retracted and extended positions:<br><br> |
| **2** | The hanger of claim 1 wherein at least two of the links have different arcuate lengths relative to one another. | The Alexx Purse Hanger includes links which have different arcuate lengths (*i.e.* the links are different lengths around the edge of the circular base). This is shown in the following picture, in which one of the links (the last link) wraps around a little less than half of the base and the other links only about one-sixth of the base:<br><br> |

COMPLAINT FOR PATENT INFRINGEMENT

| Claim | '669 Patent | Alexx Purse Hanger |
|-------|-------------|--------------------|
| 3 | The hanger of claim 1 wherein the perimeter of the base is substantially circular, and wherein in the stored configuration one of the links abuts approximately 60 degrees of the perimeter of the base. | The Alexx Purse Hanger has a circular base and in the stored configuration one of the links abuts approximately 60° (*i.e.* one-sixth) of the perimeter of the base (*i.e.* the circular outer edge of the base).  |
| 4 | The hanger of claim 1 wherein each of the links has a radius of curvature that is approximately the same as each of the remaining links. | Each of the links in the Alexx Purse Hanger has approximately the same radius of curvature. This is shown in the following picture:  |

COMPLAINT FOR PATENT INFRINGEMENT

| Claim | '669 Patent | Alexx Purse Hanger |
|-------|-------------|--------------------|
| **5** | The hanger of claim 1 wherein the base includes a substantially planar bottom surface, and wherein the axis is substantially parallel to the bottom surface. | The Alexx Purse Hanger has a substantially planar (*i.e.* flat) bottom surface, and the axis of the connector is parallel to that bottom surface. The bottom surface of the base and retractable-pin connector are shown in the following image:  |
| **8** | The hanger of claim 1 wherein the links contact at least approximately 50% of the perimeter of the base in the stored configuration. | The links of the Alexx Purse Hanger contact at least approximately 50% of the perimeter of the base in the stored configuration because they contact nearly all of the perimeter of the base while in that configuration. This is shown in the following picture:  |

15
COMPLAINT FOR PATENT INFRINGEMENT

| Claim | '669 Patent | Alexx Purse Hanger |
|-------|-------------|--------------------|
| **9** | The hanger of claim 1 wherein the links contact approximately 100% of the perimeter of the base in the stored configuration. | The links of the Alexx Purse Hanger contact approximately 100% of the perimeter of the base while in the stored configuration. This is shown in the following picture:  |
| **10** | The hanger of claim 1 wherein the links are adapted to pivot relative to one another. | The links of the Alexx Purse Hanger pivot relative to each other. They pivot at the pins connecting the links as shown in the following image:  |

COMPLAINT FOR PATENT INFRINGEMENT

| Claim | '669 Patent | Alexx Purse Hanger |
|---|---|---|
| **11** | A hanger for hanging an article relative to a surface, the hanger comprising: | The Alexx Purse Hanger is a hanger for hanging an article (*e.g.* a purse) relative to a surface (*e.g.* below a table). This is illustrated and explained in the Alexx Purse Hanger product packaging:  |
| **11 (cont)** | a base having a perimeter, the base being adapted to contact the surface, the perimeter of the base being substantially circular, the base including a substantially planar bottom surface; | The Alexx Purse Hanger has a base with a circular perimeter, is adapted to contact the surface by being flat and rubberized, and has a substantially planer (*i.e.* flat) bottom surface. The bottom surface of the base is shown in the following image:  |

| Claim | '669 Patent | Alexx Purse Hanger |
|-------|-------------|--------------------|
| **11** **(cont)** | three links that are coupled together in series to form at least a portion of a chain, the links being adapted to pivot relative to one another, at least two of plurality of links have different arcuate lengths relative to one another; and | The Alexx Purse Hanger has three links coupled together in series to form at least part of a chain. There are a total of four links in the chain. The links of the Alexx Purse Hanger pivot relative to each other, at the pins connecting the links as shown in the following image:  At least two of the links have different arcuate lengths (*i.e.* the links are different lengths around the edge of the circular base) relative to each other. |

COMPLAINT FOR PATENT INFRINGEMENT

| Claim | '669 Patent | Alexx Purse Hanger |
|---|---|---|
| **11** **(cont)** | a connector that couples the first link to the base, the connector selectively moving along an axis that is substantially parallel to the bottom surface between a retracted position and an extended position, the connector rotating about the axis to move at least one of the links between | The Alexx Purse Hanger has a connector in the form of a retractable pin that couples the first link to the base, and moves along an axis substantially parallel to the bottom surface. The following images show a side-by-side comparison of the retractable-pin connector retracted and extended along an axis parallel to the base:<br><br><br><br>The connector rotates about the axis of the retractable pin to move at least one of the links between a stored configuration and an operative configuration. |

COMPLAINT FOR PATENT INFRINGEMENT

| Claim | '669 Patent | Alexx Purse Hanger |
|---|---|---|
| **11 (cont)** | (i) a stored configuration wherein at least one of the three links abuts at least approximately 60 degrees of the perimeter of the base, and | The Alexx Purse Hanger has a circular base and in the stored configuration one of the links abuts (*i.e.* is adjacent to) at least approximately 60° of the perimeter of the base. This is shown in the following picture:<br><br> |
| **11 (cont)** | (ii) an operative configuration wherein at least one of the links is positioned to support the article relative to the surface. | The Alexx Purse Hanger has an operative configuration in which at least one of the links is positioned to suspend the article (*e.g.* a purse) relative to the surface (*e.g.* below a table). This configuration is shown in the following picture:<br><br> |

COMPLAINT FOR PATENT INFRINGEMENT

| Claim | '669 Patent | Alexx Purse Hanger |
|---|---|---|
| **12** | A hanger for hanging an article relative to a surface, the hanger comprising: | The Alexx Purse Hanger is a hanger for hanging an article (*e.g.* a purse) relative to a surface (*e.g.* below a table). This is illustrated and explained in the Alexx Purse Hanger product packaging:<br><br> |
| **12 (cont)** | a base having a base that is substantially circular; | The Alexx Purse Hanger has a circular base. This is shown in the following picture:<br><br> |

| Claim | '669 Patent | Alexx Purse Hanger |
|---|---|---|
| **12 (cont)** | a plurality of links including a first link and a last link that are connected to one another; | The Alexx Purse Hanger has four connected links, including a first link and a last link. The links are shown in the following picture:  |
| **12 (cont)** | and a connector that couples the first link to the base, the connector selectively moves along an axis between a retracted position and an extended position, the connector rotating about the axis to move the plurality of links between | The Alexx Purse Hanger has a connector in the form of a retractable pin that couples the first link to the base. The following images show a side-by-side comparison of the retractable-pin connector in its retracted and extended positions:  The connector rotates about the axis of the retractable pin to move the links between a stored configuration and an operative configuration. |

COMPLAINT FOR PATENT INFRINGEMENT

| Claim | '669 Patent | Alexx Purse Hanger |
|-------|-------------|--------------------|
| **12** **(cont)** | (i) a stored configuration wherein one of the links abuts at least approximately 60 degrees of the perimeter of the base, and | The Alexx Purse Hanger has a circular base and in the stored configuration one of the links abuts (*i.e.* is adjacent to) approximately 60° of the perimeter of the base. This is shown in the following picture:  |
| **12** **(cont)** | (ii) an operative configuration in which at least one of the links is positioned to suspend the article relative to the surface. | The Alexx Purse Hanger has an operative configuration in which at least one of the links is positioned to suspend the article (*e.g.* a purse) relative to the surface (*e.g.* below a table). This configuration is shown in the following picture:  |

| Claim | '669 Patent | Alexx Purse Hanger |
|---|---|---|
| **13** | The hanger of claim 12 wherein at least two of [the] plurality of links have different arcuate lengths relative to one another. | The Alexx Purse Hanger includes links which have different arcuate lengths (*i.e.* the links are different lengths around the edge of the circular base). This is shown in the following picture, in which one of the links is about half of the length of the circumference of the base and the other links are each about one-sixth of the length of the circumference of the base:  |

COMPLAINT FOR PATENT INFRINGEMENT

| Claim | '669 Patent | Alexx Purse Hanger |
|-------|-------------|---------------------|
| 14 | The hanger of claim 12 wherein the base includes a substantially planar bottom surface, and wherein the axis is substantially parallel to the bottom surface. | The base of the Alexx Purse Hanger has a substantially planar (*i.e.* flat) bottom surface which is parallel to the retractable pin's axis as shown in the following image:  |
| 15 | The hanger of claim 12 wherein the links are adapted to pivot relative to one another. | The links of the Alexx Purse Hanger pivot relative to each other. They pivot at the pins connecting the links as shown in the following image:  |

COMPLAINT FOR PATENT INFRINGEMENT

| Claim | '669 Patent | Alexx Purse Hanger |
|---|---|---|
| **16** | A hanger for hanging an article relative to a surface, the hanger comprising: | The Alexx Purse Hanger is a hanger for hanging an article (*e.g.* a purse) relative to a surface (*e.g.* below a table). This is illustrated and explained in the Alexx Purse Hanger product packaging:  |
| **16 (cont)** | a base having a perimeter; | The Alexx Purse Hanger has a circular base. This is shown in the following picture:  |

COMPLAINT FOR PATENT INFRINGEMENT

| Claim | '669 Patent | Alexx Purse Hanger |
|-------|-------------|--------------------|
| **16 (cont)** | a plurality of links including a first link and a last link that are connected to one another; | The Alexx Purse Hanger has four connected links, including a first link and a last link. The links are shown in the following picture:<br><br> |
| **16 (cont)** | and a connector that couples the first link to the base, the connector selectively moves along an axis between a retracted position and an extended position, the connector rotating about the axis to move the plurality of links, between | The Alexx Purse Hanger has a connector in the form of a retractable pin that couples the first link to the base. The following images show a side-by-side comparison of the retractable-pin connector in its retracted and extended positions:<br><br><br><br>The connector moves along an axis between its retracted and extended positions. The connector rotates about the axis to move the links between stored and operative configurations. |

| Claim | '669 Patent | Alexx Purse Hanger |
|-------|-------------|--------------------|
| **16 (cont)** | (i) a stored configuration wherein one of the links abuts less than approximately 180 degrees of the perimeter of the base, and | The Alexx Purse Hanger has a stored configuration in which one of the links abuts (*i.e.* is adjacent to) less than 180° (*i.e.* less than half) of the perimeter of the base—there are three links which each only abut about 60° of the base.  |
| **16 (cont)** | (ii) an operative configuration in which at least one of the links is positioned to suspend the article relative to the surface. | The Alexx Purse Hanger has an operative configuration in which at least one of the links is positioned to suspend the article (*e.g.* a purse) relative to the surface (*e.g.* below a table). This configuration is shown in the following picture:  |

COMPLAINT FOR PATENT INFRINGEMENT

| Claim | '669 Patent | Alexx Purse Hanger |
|-------|-------------|--------------------|
| **19** | A hanger for hanging an article relative to a surface, the hanger comprising: | The Alexx Purse Hanger is a hanger for hanging an article (*e.g.* a purse) relative to a surface (*e.g.* below a table). This is illustrated and explained in the Alexx Purse Hanger product packaging:<br><br> |
| **19 (cont)** | a base having a perimeter; | The Alexx Purse Hanger has a base with a circular perimeter. The base is shown in the following picture:<br><br> |

| Claim | '669 Patent | Alexx Purse Hanger |
|---|---|---|
| **19** **(cont)** | a plurality of links including a first link and a last link that are connected to one another; | The Alexx Purse Hanger has four connected links including a first link and a last link. The links are shown in the following picture:  |
| **19** **(cont)** | and a connector that couples the first link to the base, the connector selectively moves along an axis between a retracted position and an extended position, the connector rotating about the axis to move the plurality of links between | The Alexx Purse Hanger has a connector in the form of a retractable pin that couples the first link to the base. The following images show a side-by-side comparison of the retractable-pin connector in its retracted and extended positions:  The retractable pin rotates about the axis to move the links between a stored configuration and an operative configuration. |

COMPLAINT FOR PATENT INFRINGEMENT

| Claim | '669 Patent | Alexx Purse Hanger |
|---|---|---|
| **19 (cont)** | (i) a stored configuration, and | The Alexx Purse Hanger has a stored configuration. This configuration is shown in the following picture:  |
| **19 (cont)** | (ii) an operative configuration in which at least one of the links is positioned to suspend the article relative to the surface; | The Alexx Purse Hanger has an operative configuration in which the last link is positioned to suspend an article (*e.g.* a purse) relative to a surface (*e.g.* below a table). This configuration is shown in the following picture:  |

COMPLAINT FOR PATENT INFRINGEMENT

| Claim | '669 Patent | Alexx Purse Hanger |
|---|---|---|
| **19** **(cont)** | wherein the links contact at least approximately 50% of the perimeter of the base in the stored configuration. | The links in the Alexx Purse Hanger contact at least 50% of the perimeter of the base because they contact almost the entire perimeter. This is shown in the following picture:  |
| **20** | A hanger for hanging an article relative to a surface, the hanger comprising: | The Alexx Purse Hanger is a hanger for hanging an article (*e.g.* a purse) relative to a surface (*e.g.* below a table). This is illustrated and explained in the Alexx Purse Hanger product packaging:  |

COMPLAINT FOR PATENT INFRINGEMENT

| Claim | '669 Patent | Alexx Purse Hanger |
|-------|-------------|--------------------|
| **20 (cont)** | a base having a perimeter; | The Alexx Purse Hanger has a base with a circular perimeter. This is shown in the following picture:  |
| **20 (cont)** | a plurality of links including a first link and a last link that are connected to one another; and | The Alexx Purse Hanger has four links that are connected, including a first link and a last link. The links are shown in the following picture:  |

COMPLAINT FOR PATENT INFRINGEMENT

| Claim | '669 Patent | Alexx Purse Hanger |
|-------|-------------|--------------------|
| **20 (cont)** | a connector that couples the first link to the base, the connector selectively moves along an axis between a retracted position and an extended position, the connector rotating about the axis to move the plurality of links between | The Alexx Purse Hanger has a connector in the form of a retractable pin that couples the first link to the base. The following images show a side-by-side comparison of the retractable-pin connector in its retracted and extended positions:<br><br>The retractable pin rotates about the axis to move the links between a stored configuration and an operative configuration. |
| **20 (cont)** | (i) a stored configuration, and | The Alexx Purse Hanger has a stored configuration. This configuration is shown in the following picture:<br> |

| Claim | '669 Patent | Alexx Purse Hanger |
|---|---|---|
| **20 (cont)** | (ii) an operative configuration in which at least one of the links is positioned to suspend the article relative to the surface; | The Alexx Purse Hanger also has an operative configuration in which one of the links is positioned so that it can suspend an article (*e.g.* a purse) below the surface (*e.g.* below a table). This configuration is shown in the following picture:<br><br> |
| **20 (cont)** | wherein the links contact approximately 100% of the perimeter of the base in the stored configuration. | In the stored configuration, the links in the Alexx Purse Hanger contact approximately 100% of the perimeter of the edge of the base. This is shown in the following picture:<br><br> |

COMPLAINT FOR PATENT INFRINGEMENT

1

2  **C.  Defendants had actual knowledge of Luxe Link's '669 Patent**
3  **before it issued, had refused a license, but continued to distribute**
   **the infringing Alexx Purse Hanger**

4      48.    In July 2007, Defendant Stein contacted Luxe Link's founder and CEO,

5  Kalika Yap, to ask if Alexx could carry Luxe Link's purse hangers for distribution

6  via Alexx's network of sales representatives and vendors.

7      49.    Stein represented to Yap that she wanted to buy 50,000 units and asked

8  for information about Luxe Link's patent application, for confirmation that Luxe

9  Link had sought patent protection for the Luxe Link purse hanger.

10     50.    Stein claimed that her request was meant to ensure that Luxe Link had

11 submitted a patent application because she did not want to get into a situation

12 where Alexx was distributing a product without patent protection.

13     51.    Yap advised that Luxe Link had a pending U.S. patent application that

14 covered its product. Stein requested that Luxe Link send her the patent

15 application. A copy of Luxe Link's email correspondence with Stein about her

16 request is attached as **Exhibit B**.

17     52.    Luxe Link faxed to Stein a copy of Luxe Link's pending patent

18 application.

19     53.    After sending Luxe Link's patent application to Stein as she had

20 requested, Stein did not contact Luxe Link again.

21     54.    But sometime thereafter, Alexx began selling purse hangers that

22 practiced the invention disclosed in Luxe Link's pending patent application.

23     55.    On April 17, 2008, Luxe Link's outside counsel sent a letter to Alexx by

24 certified mail notifying Alexx of Luxe Link's pending application. That letter

25 offered to provide Alexx with information about Luxe Link's licensing program. A

26 copy of that email is attached as **Exhibit C**.

27     56.    Also on April 17, 2008, Luxe Link's outside counsel sent a letter to Kim

28 Carter, an Alexx independent sales representative, notifying Carter of Luxe Link's

pending patent application and offering to provide Carter with information about Luxe Link's licensing program. A copy of that letter is attached as **Exhibit D**.

57. On May 16, 2008, Alexx's outside counsel sent a letter responding to Luxe Link's April 17, 2008 letters to Alexx and its reseller, Kim Carter, that acknowledged Alexx's receipt of Luxe Link's letters, enclosed patent publication, and the invitation to join Luxe Link's licensing program. A copy of the May 16, 2008 letter from Alexx's counsel is attached as **Exhibit E**.

58. On June 10, 2008, Luxe Link sent a letter to Alexx about its purse hanger patent application and attached Luxe Link's proposed license agreement. A copy of that letter is attached as **Exhibit F**.

59. On June 20, 2008, Stein personally sent an email in response to the June 10, 2008 letter with the subject line "Luxe Link Licensing" in which she wrote: "Thank you for the opportunity to join your licensing program for the 'Purse Hook'. Unfortunately, this is not something I am interested in pursuing at this time. Thank you, Sandy Stein." A copy of Stein's email is attached as **Exhibit G**.

60. On November 18, 2009, Luxe Link sent a letter to Alexx by certified mail notifying Alexx that the '900 Patent was about to issue and that Alexx's purse hanger infringed the claims of the '900 Patent. A copy of that letter is attached as **Exhibit H**.

61. In that letter, Luxe Link also advised Alexx that it had filed the '574 Application (which later resulted in the '669 Patent) with claims slightly different than those in the '900 Patent and that also covered the Alexx Purse Hanger.

62. Luxe Link's November 18, 2009 letter requested that Alexx review the letter and respond within 10 days if it believed Luxe Link's assertions were mistaken or incorrect in any manner.

63. Alexx never responded to that letter.

64. On June 7, 2010, Luxe Link sent a letter to Add a Link of Charm, an Alexx sales representative, by certified mail notifying Add a Link of Charm that the

'900 Patent had issued and that Add a Link of Charm sold a purse hanger that infringed the claims of the '900 Patent. A copy of that letter is attached as **Exhibit I**.

65.   In that letter, Luxe Link also advised Add a Link of Charm that it had filed the '574 Application (which later resulted in the '669 Patent) with claims slightly different than those in the '900 Patent. Luxe Link requested that Add a Link of Charm review the letter and respond within 7 days if it believed Luxe Link's assertions were mistaken or incorrect in any manner.

66.   On June 22, 2010 Alexx's outside counsel sent a letter to Luxe Link in response to Luxe Link's June 7, 2010 letter to Add a Link of Charm. A copy of that letter is attached as **Exhibit J**.

67.   In that letter, Alexx threatened Luxe Link with claims for unfair competition and tortious interference for sending its June 7, 2010 letter to Add a Link of Charm an Alexx reseller, and claimed that "Luxe Link faces liability for all damages incurred by Alexx" as result of the letters to Alexx and "Alexx's retail business partners." Alexx stated that "unless we are notified of compelling reasons why our contentions hereinabove are baseless, we consider the matter concluded and Alexx will continue to sell the HANG 'EM HIGH brand of the Alexx Purse Hanger to its network of retail customers."

68.   On June 30, 2010, Luxe Link's outside counsel provided a detailed response to Alexx's June 22, 2010 letter. A copy of that letter is attached as **Exhibit K**.

69.   Luxe Link's June 30, 2010 letter requested that Alexx review the letter and respond if it believed Luxe Link's assertions were mistaken.

70.   Alexx did not respond.

71.   On September 28, 2011, Luxe Link's outside counsel sent a letter to Alexx by certified mail notifying Alexx that the '669 Patent was about to issue and that Alexx's purse hanger infringed the claims of the '669 Patent, which were

provided with the letter. A copy of that letter is attached as **Exhibit L**.

72.  Luxe Link's September 28, 2011 letter requested a response within 10 days and requested that "if upon review of the allowed claims, you believe my analysis is flawed or incorrect in any manner, please provide facts or circumstances that you believe to be relevant."

73.  On October 7, 2011, Alexx's outside counsel emailed Luxe Link's counsel to confirm that he still represented Alexx, that Alexx had received Luxe Link's letter, and promising to respond in the near future. A copy of that email is attached as **Exhibit M**.

74.  But Alexx did not respond.

75.  On November 2, 2011, Luxe Link sent yet another letter to Alexx's outside counsel about the pending issuance of the '669 Patent and Alexx's infringement. A copy of that letter is attached as **Exhibit N**.

76.  In that letter, Luxe Link again requested a response if Alexx disagreed with Luxe Link's assertions.

77.  But Alexx still did not respond.

78.  On November 22, 2011, the U.S. Patent & Trademark Office issued Luxe Link's '669 Patent.

79.  Alexx continued to offer the Alexx Purse Hanger to its resellers.

80.  On December 14, 2011, Luxe Link's counsel emailed Alexx's counsel to provide notice that the '669 Patent had issued and to request a response to Luxe Link's multiple unanswered communications. A copy of that email correspondence is attached as **Exhibit O**.

81.  Alexx finally responded to indicate that Alexx had withdrawn the Alexx Purse Hanger (*see* Exhibit O):

> "Thank you for your letter today. In response, I have reviewed the website referenced in your letter and see no Hang 'em High Purse Hangers product listed for sale. Can you review the website one more

COMPLAINT FOR PATENT INFRINGEMENT

1    time and specify where on the website you see the product listed."

2    82.    So despite Luxe Link's repeated requests that Alexx provide a

3    substantive response if it disagreed with Luxe Link's assertion of infringement of

4    the claims of the '669 Patent, Alexx never did.

5    83.    Instead, it responded by creating the appearance that it had withdrawn

6    the Hang 'Em High product from distribution.

7    84.    Alexx's deception was effective, and caused Luxe Link to believe that

8    Alexx had actually stopped providing the infringing product to its resellers.

9    85.    But Luxe Link learned recently that Alexx resellers continue to sell and

10   offer to sell the Alexx Purse Hanger.

11   86.    Alexx and Stein had actual notice of Luxe Link's patent rights as early as

12   July 2007.

13   87.    Alexx and Stein deliberately disregarded Luxe Link's property rights and

14   continued to import, sell, offer to sell, and use infringing Alexx Purse Hangers.

15   They did so with no reasonable belief for thinking they had a legal right to continue

16   their conduct—Luxe Link repeatedly requested that Alexx respond if it disagreed

17   with Luxe Link's assertions, but Alexx refused to do so. Instead, Defendants

18   sought to conceal the ongoing infringing sales to Alexx's resellers.

19   88.    Alexx and Stein acted despite an objectively high likelihood that their

20   actions constituted infringement of Luxe Link's valid '669 Patent.

21   89.    Alexx and Stein's intentional infringement caused substantial harm to

22   Luxe Link's purse hanger business. Alexx's infringing purse hangers are

23   inexpensive knock offs of Luxe Link's patented product and Alexx's sale of its

24   competing infringing products at much lower prices causes commercial injury to

25   Luxe Link.

26

27

28

COMPLAINT FOR PATENT INFRINGEMENT

## V.    Cause of Action
### Willful Patent Infringement — 35 U.S.C. § 271
### U.S. Patent No. 8,061,669

90.    Luxe Link incorporates Paragraphs 1–89 of its Complaint by reference.

91.    Defendants have been and are directly infringing the '669 Patent under 35 U.S.C. § 271(a) by importing into the United States, and selling, offering to sell, and using Alexx Purse Hangers in the United States without authorization.

92.    Defendants' resellers, customers, and other users of Defendants' Alexx Purse Hangers, have been and are directly infringing one or more claims of the '669 Patent under 35 U.S.C. § 271(a).

93.    Defendants have been and are actively inducing infringement of one or more claims of the '669 Patent under 35 U.S.C. § 271(b) by providing to resellers, customers, and users, Alexx Purse Hangers, along with instructions and directions that result in the use of the portable-hanger invention disclosed and claimed in the '669 Patent. Defendants induced infringement by resellers, vendors, and users after Defendants had actual knowledge of the claims of the '669 Patent and knew that Alexx's resellers', vendors', and users' sale, offers to sell, and/or use of Alexx Purse Hangers constituted patent infringement.

94.    Defendants' infringement and inducement to infringe the '669 Patent have been willful and have deliberately injured and will continue to injure Luxe Link unless and until the Court enters a preliminary or permanent injunction prohibiting further infringement and, specifically, enjoining further importation, use, sale, and/or offer for sale of products that fall within the scope of the '669 Patent.

# VI.    Relief Requested

Plaintiff Luxe Link, LLC requests that the Court enter judgment against Defendants Alexx, Inc. and Sandra Stein, jointly and severally, and against their subsidiaries, affiliates, agents, servants, employees, and all persons in active concert or participation with them, as follows:

1. A judgment or order declaring that Defendants have infringed and/or induced others to infringe the '669 Patent;

2. A judgment declaring that Defendants' infringement has been willful;

3. A judgment, order, or award of damages adequate to compensate Luxe Link for Defendants' infringement, but in no event less than a reasonable royalty for infringement, together with prejudgment interest from the date infringement began;

4. A permanent injunction prohibiting further infringement and/or inducement of infringement of the '669 Patent;

5. A finding that this case is exceptional and an award to Luxe Link of its reasonable attorney fees under 35 U.S.C. § 285;

6. An award of attorneys fees and costs, as allowed by law; and

7. Such other and further relief as this Court or a jury may deem proper and just.

Dated: October 17, 2014.                    Respectfully Submitted,

                                            **NEWMAN DU WORS LLP**

                                    By:     s/ Derek A. Newman
                                            Derek A. Newman, State Bar No. 190467
                                            *dn@newmanlaw.com*
                                            Derek Linke, *pro hac vice* to be filed
                                            *linke@newmanlaw.com*

                                            Attorneys for Plaintiff
                                            Luxe Link, LLC

COMPLAINT FOR PATENT INFRINGEMENT

## VII.    Jury Demand

Under Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff Luxe Link, LLC demands a trial by jury of all issues presented in this complaint which are triable by jury.

Dated: October 17, 2014.                    Respectfully Submitted,

**NEWMAN DU WORS LLP**

By:    s/ Derek A. Newman
       Derek A. Newman, State Bar No. 190467
       *dn@newmanlaw.com*
       Derek Linke, *pro hac vice* to be filed
       *linke@newmanlaw.com*

       Attorneys for Plaintiff
       Luxe Link, LLC

COMPLAINT FOR PATENT INFRINGEMENT